IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| DOMINIC DEAN POLK, § § Petitioner, § § VS. § NO. 4:06-CV-776-A § NATHANIEL QUARTERMAN, § Director, Texas Department of § Criminal Justice, § Correctional Institutions § Division, § § Respondent. § | |

ORDER

Came on for consideration the above-captioned action wherein Dominic Dean Polk is petitioner and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On November 1, 2007, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any thereto, by November 22, 2007.[1] Copies of the proposed findings, conclusions, and recommendation were sent to petitioner and respondent. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United

---

[1] Such date was Thanksgiving Day, a legal holiday, and the clerk's office was closed the following day, Friday, November 23, 2007. Accordingly, petitioner had until Monday, November 26, 2007, to file objections. See Fed. R. Civ. P. 6(a)(3).

States Magistrate Judge. Therefore,

The court ORDERS that the petition of Dominic Dean Polk for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be, and is hereby, denied.

SIGNED December 5, 2007.

JOHN McBRYDE
United States District Judge